Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для
District of Massachusetts

|  |  |
|---|---|
| David J. Butler <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Michael J. Lambert <br> & <br> Sheehan, Phinney, Bass and Green <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No |

FILED IN CLERKS OFFICE 2020 OCT -8 PM 7:57 U.S. DISTRICT COURT DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | David J. Butler |
   | Street Address | 91 Forest Hills Road |
   | City and County | Cotuit, Barnstable |
   | State and Zip Code | MA 02635 |
   | Telephone Number | 508-420-9049 |
   | E-mail Address | skipper10@comcast.net |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michael J. Lambert |
| Job or Title *(if known)* | Attorney |
| Street Address | 255 State Street |
| City and County | Boston, Middlesex |
| State and Zip Code | MA 02109 |
| Telephone Number | 617-897-5600 |
| E-mail Address *(if known)* | mlambert@sheehan.com |

Defendant No. 2

| | |
|---|---|
| Name | David McGrath |
| Job or Title *(if known)* | President, Sheehan, Phinney, Bass and green |
| Street Address | 1000 Elm Street |
| City and County | Manchester |
| State and Zip Code | New Hampshire 03101 |
| Telephone Number | 603-668-0300 |
| E-mail Address *(if known)* | https://www.sheehan.com |

Defendant No. 3

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* David J. Butler, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Michael J. Lambert, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Sheehan, Phinney, Bass and Green PA , is incorporated under the laws of the State of *(name)* New Hampshire , and has its principal place of business in the State of *(name)* New Hampshire .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant Michael Lambert represented the Plaintiff in Butler v. Balolia 1:12-cv-11054. The lawsuit was for $2,100,000 and Mr. Butler's lawsuit is for at least $2,100,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attorney Michael Lambert filed a lawsuit against Shiraz Balolia the owner and President of Grizzly Tool Company who contracted to buy Plaintiff David Butler's United States Patents related to greatly improving machine tool operator safety. When Butler's patents issued there was international enthusiasm shown for expected products incorporating this safety technology on many types of dangerous machine tools including over 1 million website visits to www.whirlwindtool.com and a still existing file of hundreds of written requests for product. Attorney Lambert dragged the case on for six years and we lost the case and my health after a two-week jury trial in Boston.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

After our losing the case, ALL public interest has disappeared as a result of "LAWSUIT" appearing on-line and many other venues. I have been advertising my patents for sale globally, including on ALIBABA for almost a year and there has been zero response. I lack the funds to develop products and must file pro se for my claims. There is much more documented evidence of Michael Lambert's legal malpractice that I have condensed to a binder and will provide still more at trial.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/07/2020

Signature of Plaintiff  *David J. Butler*
Printed Name of Plaintiff  David J. Butler

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address